# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janet Molesky, individually and on behalf of all others similarly situated,  Plaintiff,  v.  Capital Management Services, LP,  Defendant. | Docket 3:15-cv-02051-EMK  (JUDGE EDWIN M. KOSIK)  Complaint – Class Action  FILED ELECTRONICALLY |

## Plaintiff's Motion to Amend Complaint

1. Plaintiff seeks leave of court to amend her complaint under Fed.R.Civ.P. 15(a)(2).

2. The amended complaint would add a second named Plaintiff.

3. Defendant has not responded to a request for concurrence.

4. The proposed amended complaint is attached as Exhibit 1.

5. Attached as Exhibit 2 is the redline highlighting the amendments, as required by LR 15.1(b).

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the amended complaint.

Respectfully Submitted,

s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC

216 N. Blakely St.
Dunmore, PA  18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com

Attorney for Plaintiff and the Class

**Certificate regarding Concurrence and Service**

Concurrence was requested on December 15, 2015. Defendant has not responded to the request.

Defendant is being served through the CM/ECF system.

s/ Carlo Sabatini
Carlo Sabatini